UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD MAILLET,** : | |
| : | |
| Plaintiff : | No. 3:12-CV-01209 |
| : | |
| vs. : | (Judge Kane) |
| : | |
| **CAROLYN W. COLVIN, ACTING** : | |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| Defendant : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Richard Maillet and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Richard Maillet disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

2.1 Conduct a new administrative hearing and appropriately evaluate the medical evidence and the credibility of Maillet.

3. The Clerk of Court shall close this case.

                       S/ Yvette Kane
                       Yvette Kane, District Judge
                       United States District Court

Date: March 11, 2014